IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02181-CMA
Criminal Case No. 10-cr-00213-CMA

MERLE GENE ALLISON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to and in accordance with the Order Denying Defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody entered by the Honorable Christine M. Arguello (ECF No. 62), the following Judgment is hereby entered:

1. That the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 53) is DENIED; and

2. That the corresponding civil action is dismissed.

Dated at Denver, Colorado this ___23th___ day of April, 2012.

                                    FOR THE COURT:

                                    GREGORY C. LANGHAM, CLERK

                                    By: _s/ Edward P. Butler_____
                                           Edward P. Butler, Deputy Clerk